JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOVEY, et al.,<br><br>　　　　　　Defendants. | Case No. CV 06-01985-DDP (JCR)<br><br>JUDGMENT |

　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 8-27-08

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　United States District Judge